# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MATTHEW BOIVIN**  PLAINTIFF
**ADC #110905**

**v.**  No: 4:18-cv-00888 BRW-PSH

**ASA HUTCHINSON,** *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 12th day of April, 2019.

Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE